partment of Justice, Washington, D. C., on the brief), for respondent.

PER CURIAM.

A review of the record in this case does not disclose that the findings made by the Tax Court were clearly erroneous. The decision of the Tax Court will be affirmed, 41 T.C. 468.

A careful consideration of the record, in the light of the findings of fact and the opinion of the Tax Court, convinces us that the petition is without merit and that, for the reasons stated, and the authorities cited, by the Tax Court in its carefully considered opinion, its decision and order were right and must be affirmed.

Affirmed.

Thomas F. **ABBOTT**, Jr., and Edith Abbott, Petitioners,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 21721.

United States Court of Appeals Fifth Circuit.

April 6, 1965.

**ALAMO AVIATION, INC., Appellant,**

v.

**WORLD WIDE AIRLINES, Appellee.**

No. 21923.

United States Court of Appeals Fifth Circuit.

April 5, 1965.

Rehearing Denied May 4, 1965.

Warren W. Shipman, III, Donald H. Ray, McGown, Godfrey, Logan & Decker, R. W. Decker, Fort Worth, Tex., for petitioners.

Michael K. Cavanaugh, Dept. of Justice, Louis F. Oberdorfer, Asst. Atty. Gen., Eugene Colelle, Lee A. Jackson, Dept. of Justice, Washington, D. C., David O. Walter, Attorney, Department of Justice, Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and HUTCHESON and BROWN, Circuit Judges.

PER CURIAM.

Petitioners, complaining of a decision and order of the Tax Court,[1] approving and affirming a deficiency, are here insisting that the decision and order are erroneous and should be reversed.

John H. Wood, Jr., and Beckmann, Stanard, Wood & Vance, San Antonio, Tex., for appellant.

Josh H. Groce, Jack Hebdon, San Antonio, Tex., Phillip D. Bostick, Washington, D. C., Groce, Hebdon, Fahey & Smith, San Antonio, Tex., and Shaw, Pittman, Potts, Trowbridge & Madden, Washington, D. C., for appellee.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM:

The appellant urges that there were improper statements in the jury argument of appellee's counsel. We are convinced from an examination of the jury arguments of all counsel that the appellant was not prejudiced by any improper comments of the appellee's attorney. Other assignments of error raise ques-

---

1. 23 T.C.Memo. 445.

* Senior Judge of the First Circuit, sitting by designation.